2017 ND 150

**Matthew JASMANN, Petitioner and Appellant**

v.

**STATE of North Dakota, Respondent and Appellee**

No. 20160396

Supreme Court of North Dakota.

Filed 6/29/2017

Thomas J. Glass, Bismarck, ND, for petitioner and appellant; submitted on brief.

Frederick R. Fremgen, Stutsman County State's Attorney, Jamestown, ND, for respondent and appellee.

Per Curiam.

[¶ 1] Matthew Jasmann appealed from the district court's order denying his application for post-conviction relief. In his application, Jasmann argued: (1) he received ineffective assistance of counsel, (2) the State failed to obtain evidence which was exculpatory in nature, and (3) the State's actions during trial amounted to prosecutorial misconduct. We summarily affirm under N.D.R.App.P 35.1(a)(2), (7). *State v. Steffes*, 500 N.W.2d 608, 612 (N.D. 1993) ("Police generally have no duty to collect evidence for the defense.").

[¶ 2] Gerald W. VandeWalle, C.J.

Jerod E. Tufte

Daniel J. Crothers

Lisa Fair McEvers

Carol Ronning Kapsner